In the Matter of ALEXANDER DOLINS, an Attorney.— Motion for reargument

of motion to confirm report of official referee denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.